HEATHER E. WILLIAMS, CA SBN #122664
Federal Defender
RACHELLE BARBOUR, CA SBN #185395
Attorney
801 I St., 3rd floor
Sacramento, CA 95814
Telephone: (916) 498-5700
Fax: (916) 498-5710

Attorney for Defendant
KENNETH SIMONSEN III

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) Case. No. 6:16-PO-00242-MJS |
|---|---|
| Plaintiff, | ) |
| vs. | ) STIPULATION SETTING RESTITUTION AMOUNT AND VACATING RESTITUTION HEARING; ORDER |
| KENNETH SIMONSEN III, | ) |
| Defendant. | ) |

Defendant Kenneth Simonsen III, by and through the Federal Defender's Office, and the United States of America hereby stipulate to the entry of a restitution order in this case, and request that the Court issue such an order in the amount of $7,630.02.  This amount is to be paid to the Clerk of the United States District Court, at 2500 Tulare St., Room 1501, Fresno, CA 93721 for distribution to the National Park Service, PO Box 577, Yosemite National Park, CA 95389.  Interest is waived.  This matter is being addressed by stipulation and order to allow Mr. Simonsen's insurance company to pay restitution on his behalf and close the claim.

//

//

Should the Court sign the proposed order, the parties request that the restitution hearing be vacated from the August 9, 2016 calendar.

Respectfully submitted,

HEATHER E. WILLIAMS
Federal Defender

Date: July 18, 2016  /s/ Rachelle Barbour
RACHELLE BARBOUR
Office of the Federal Defender
Attorney for Defendant
KENNETH SIMONSEN

/s/ Matthew McNease

Date:  July 18, 2016

MATTHEW McNEASE
Acting Legal Office
Yosemite National Park, CA

# **O R D E R**

Restitution in the amount of $7,630.02 is hereby ordered, to be paid to the Clerk of the United States District Court, at 2500 Tulare St., Room 1501, Fresno, CA 93721 for distribution to the National Park Service, PO Box 577, Yosemite National Park, CA 95389.  Interest is waived.  The restitution hearing currently set for August 9, 2016 is vacated.

IT IS SO ORDERED.

Dated:   July 22, 2016              /s/ *Michael J. Seng*
UNITED STATES MAGISTRATE JUDGE

Warring / Motion to Extend Probation
and Continue Review Hearing                         -2-